UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOTOYA MASUDA, *Individually and On Behalf of Others Similarly Situated*,

          Plaintiff,

-against-

HLD GARI LLC d/b/a Sushi of Gari/Upper East Side, *et al.*,

          Defendants.

**ORDER**

21 Civ. 7602 (ER)

The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for Court approval pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), no later than January 14, 2022.

Dated:  December 28, 2021
          New York, New York

                                                          Edgardo Ramos, U.S.D.J.