UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOTOYA MASUDA, individually and on
behalf of others similarly situated,

                Plaintiff,

-against-

HLD GARI LLC (D/B/A SUSHI OF
GARI/UPPER EAST SIDE), MASATOSHI
SUGIO, TAKABUMI HORIKAWA, AYAKO
HORIKAWA, MASAHARU HORIKAWA,
MASATAKA HORIKAWA, ROGER
TANAKA, YUTAKA TAKEI, and YUMIKO
MATSUMURA A.K.A. YUMI,

                Defendants.
-----------------------------------------------------------X

No. 1:21-cv-07602-ER

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    **LaKeisha M.A. Caton, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036
(212) 421-4100
Fax: (212) 326-0806
Email: lcaton@pryorcashman.com**

       PLEASE TAKE NOTICE that Plaintiff MOTOYA MASUDA hereby accepts the offer of judgment served on him by HLD GARI LLC (D/B/A SUSHI OF GARI/UPPER EAST SIDE), MASATOSHI SUGIO, TAKABUMI HORIKAWA, AYAKO HORIKAWA, MASAHARU HORIKAWA, MASATAKA HORIKAWA, ROGER TANAKA, YUTAKA TAKEI, and YUMIKO MATSUMURA A.K.A. YUMI, pursuant to Rule 68 of the Federal Rules of Civil Procedure, on January 26, 2022. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       January 27, 2022

                                              Respectfully submitted,

                                              /s/
                                              Bryan D. Robinson, Esq.
                                              CSM Legal, PC
                                              60 East 42nd Street, Suite 4510
                                              New York, NY 10165
                                              bryan@csm-legal.com
                                              212-317-1200