UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTOYA MASUDA, *individually and on behalf of others similarly situated,*<br><br>                    Plaintiff,<br><br>-against-<br><br>HLD GARI LLC (D/B/A SUSHI OF GARI/UPPER EAST SIDE), MASATOSHI SUGIO, TAKABUMI HORIKAWA, AYAKO HORIKAWA, MASAHARU HORIKAWA, MASATAKA HORIKAWA, ROGER TANAKA, YUTAKA TAKEI, and YUMIKO MATSUMURA A.K.A. YUMI,<br><br>                    Defendants. | No. 1:21-cv-07602 (ER)(SN)<br><br>**JUDGMENT** |

    WHEREAS, Defendants HLD GARI LLC (D/B/A SUSHI OF GARI/UPPER EAST SIDE), MASATOSHI SUGIO, TAKABUMI HORIKAWA, AYAKO HORIKAWA, MASAHARU HORIKAWA, MASATAKA HORIKAWA, ROGER TANAKA, YUTAKA TAKEI, and YUMIKO MATSUMURA A.K.A. YUMI (collectively "Defendants") offered to allow judgment to be taken against them by Plaintiff MOTOYA MASUDA ("Plaintiff") according to the terms set forth in Defendants' Rule 68(a) Offer of Judgment dated January 26, 2022 (the "Offer"); and

    WHEREAS, Plaintiff accepted Defendants' offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on January 27, 2022.

    NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That Plaintiff MOTOYA MASUDA is entitled to a gross payment in the amount of Ninety Thousand Dollars and Zero Cents ($90,000.00), which is inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, expenses, and attorneys' fees.  Defendants are to remit payment to Plaintiff in accordance with the Offer.


Dated:  New York, New York
        January 28, 2022        SO ORDERED,

                                _____
                                Hon. Edgardo Ramos